**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TELEMÁTICA LEFIC, S.A. DE C.V., et al.,

Plaintiffs,

vs. Case No. 3:24-cv-290-MMH-SJH

ANTONIO J. SOCORRO MARÍN, et al.,

Defendants.
_________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendants' Motion in Limine to Exclude Other-Act Evidence Relating to the Asiven Litigation and Any "Similar Fraud" or "Other Victims" Narrative (Doc. 155; Motion) filed on August 3, 2026. Upon review of the Motion, it appears that the certification included pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), is deficient. Indeed, although Defendants include a heading and form language for a Local Rule 3.01(g) certification, the certification includes blank spaces and lacks requisite information. See Motion at 11–12. As such, the Court will require Defendants to file a supplement: (1) certifying that they have conferred with Plaintiffs on the Motion, (2) indicating whether Plaintiffs agree on the resolution of the

Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires.[1]

Accordingly, it is

**ORDERED:**

Defendants are **DIRECTED** to file a supplement to their Motion in Limine (Doc. 155) with the requisite Local Rule 3.01(g) Certification on or before **August 10, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida, this 5th day of August, 2026.

MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Counsel of Record

[1] Defendants should also ensure that this supplement and any future filings comply with Local Rule 1.08 which governs the typography requirements in federal court.