**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TELEMÁTICA LEFIC, S.A. DE C.V., et al.,

Plaintiffs,

vs. Case No. 3:24-cv-290-MMH-SJH

ANTONIO J. SOCORRO MARÍN, et al.,

Defendants.
_________________________________/

**ORDER**

This cause is before the Court sua sponte. This action, which commenced on March 21, 2024, was tried by a jury from September 21, 2026, see Clerk's Minutes (Doc. 202), to September 30, 2026, see Clerk's Minutes (Doc. 221). Upon review of the verdict, the Court will direct the parties to confer regarding whether, without waiving any other objection or issues to be raised in a post-trial motion, they agree to (1) a remittitur on the amount of special damages to $142,236.00, as well as (2) a remittitur to the precise number ($544,580.40) on the amount of breach of contract damages related to the Chip Inlay Honduras Project, to conform the amounts in the verdict with the evidence.

Accordingly, it is

**ORDERED:**

Reserving all other objections and issues to be raised in post-trial motions, the parties are **DIRECTED** to confer regarding whether they agree to a remittitur on (1) the award of special damages and (2) the award of compensatory damages on the Chip Inlay Honduras Project. On or before **October 8, 2026**, the parties shall file a joint notice on the docket advising the Court as to whether they agree to a remittitur.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of October, 2026.

Marcia Morales Howard

MARCIA MORALES HOWARD
United States District Judge

Lc35
Copies to:
Counsel of record